IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02964-RPM

MARC GEER and
KEN MARTINEAU,

     Plaintiff,

v.

CUDD PUMPING SERVICES, INC.,

     Defendants.

___

ORDER TO COMPLY WITH D.C. COLO.LCivR 7.2

___

The Court has signed a Protective Order for the confidentiality of certain information in this case.  The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings.  It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

DATED:   January 19th, 2011

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior District Judge