IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02964-RPM

MARC GEER and
KEN MARTINEAU,

       Plaintiff,

v.

CUDD PUMPING SERVICES, INC.,

       Defendants.

___

ORDER SETTING TRIAL DATE
___

Pursuant to the pretrial conference on February 17, 2011, it is

ORDERED that this matter is set for trial to jury on **May 16, 2011, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. Proposed jury instructions and voir dire shall be delivered in paper form directly to chambers by **4:00 p.m.** on **May 11, 2011.**

       DATED:   February 17th, 2011

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge