IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02964-RPM

MARC GEER and
KEN MARTINEAU,

    Plaintiffs,

v.

CUDD PUMPING SERVICES, INC,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on November 14, 2011, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 17 day of November, 2011.

BY THE COURT:

_____
Richard P. Matsch, Judge
United States District Court

APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR PLAINTIFFS    ATTORNEY FOR DEFENDANT