IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02964-RPM

MARC GEER and
KEN MARTINEAU,

      Plaintiff,

v.

CUDD PUMPING SERVICES, INC.,

      Defendants.

___

ORDER DENYING PLAINTIFFS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND ALTERNATIVE MOTION FOR NEW TRIAL

___

Upon review of the Plaintiffs' Renewed Motion for Judgment as a Matter of Law and Alternative Motion for New Trial and upon the conclusion that no new argument is presented and that the Court's rulings on the plaintiffs' Rule 50 motion are affirmed and that no ground for granting a new trial is presented, it is

ORDERED that the motions are denied.

DATED:    December 19th, 2011

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge